IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZHAR LAL,

    Plaintiff,                    No. CIV S-07-2060 GEB EFB P

    vs.

T. FELKER, et al.,

    Defendants.          <u>ORDER</u>

                            /

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file objections to the October 28, 2008, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's November 10, 2008, request is granted and plaintiff has 20 days from the date this order is served to file objections.

    So ordered.

DATED: November 18, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE