IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZHAR LAL,

        Plaintiff,                        No. CIV S-07-2060 GEB EFB P

    vs.

T. FELKER, et al.,

        Defendants.              <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 28, 2008, the court directed plaintiff to submit ten copies of the May 5, 2008, endorsed amended complaint for the U. S. Marshal to serve defendants. Plaintiff submitted only two copies, asserting that the law librarian refused to make more than this. He has failed to comply with the order.

      It therefore is ORDERED that plaintiff has 20 days from the date of this order to submit eight more copies of his May 5, 2008, endorsed complaint. If any prison official refuses to provide necessary assistance, plaintiff must submit evidence of any requests that he made to obtain such assistance and of the official's refusal. Failure to comply with this order will result

////

////

1

1 | in a recommendation that this action be dismissed.  The Clerk of the Court is directed to send to
2 | plaintiff one copy of the May 5, 2008, complaint.
3 | Dated:  March 9, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10 AZHAR LAL,
11          Plaintiff,                    No. CIV S-07-2060 GEB EFB P
12     vs.
13 T. FELKER, et al.,
14          Defendants.                   <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>
15 _____/
16     Plaintiff hereby submits the following documents in compliance with the court's order
17 filed _____:
18          <u>  -  </u>      completed summons form
19          <u>  -  </u>      completed forms USM-285
20          <u>  8  </u>      copies of the <u> May 5, 2008 </u>
                              Amended Complaint
21
22 Dated:
23
                                          _____
                                                      Plaintiff
24
25
26