IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZHAR LAL,

        Plaintiff,  No. CIV S-07-2060 GEB EFB P

  vs.

T. FELKER, et al.,

        Defendants.  <u>ORDER</u>
_____/

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file objections to the findings and recommendations issued April 29, 2009. *See* Fed. R. Civ. P. 6(b).

Plaintiff's May 15, 2009, request is granted and plaintiff has 30 days from the date this order is served to file and serve his objections to the April 29, 2009, findings and recommendations.

So ordered.

Dated: May 26, 2009.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE