1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   AZHAR LAL,

11              Plaintiff,                         No. CIV S-07-2060 GEB EFB P

12         vs.

13   T. FELKER, et al.,

14              Defendants.                        <u>ORDER</u>

15   _____/

16         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  On July 27, 2009, plaintiff filed a request for production of documents and first

18   set of interrogatories.

19         Interrogatories, requests for production, requests for admission, responses and proofs of

20   service thereof "shall not be filed with the clerk until there is a proceeding in which the

21   document or proof of service is at issue.  When required in a proceeding, only that part of the

22   request and response that is in issue shall be filed."  Local Rules 33-250(c), 34-250(c) & 36-

23   250(c).

24   ////

25   ////

26   ////

1    Plaintiff's July 27, 2009 request for production of documents and first set of

2  interrogatories are stricken and the Clerk of the Court shall make a notation on the docket to that

3  effect.

4    So ordered.

5  DATED: July 31, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26