IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZHAR LAL,

    Plaintiff,                             No. CIV S-07-2060 GEB EFB P

    vs.

T. FELKER, et al.,

    Defendants.                       <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 3, 2009, plaintiff filed a first set of interrogatories.

        Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

        Plaintiff's August 3, 2009, first set of interrogatories is stricken and the Clerk of the Court shall make a notation on the docket to that effect.

        So ordered.

DATED: August 6, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE