IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZHAR LAL,

     Plaintiff,                     2:07-cv-2060-GEB-EFB-P

     vs.

T. FELKER, et al.,

     Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 29, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff filed objections beyond the time to do so. Nonetheless, the court has considered those objections.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

1  ////

2

3       Accordingly, IT IS HEREBY ORDERED that:

4           1. The findings and recommendations filed April 29, 2009, are adopted in full; and

6           2. Plaintiff's November 24, 2008, request for a temporary restraining order and preliminary injunction is denied.

Dated:  August 24, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2