IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZHAR LAL,

      Plaintiff,                    No. CIV S-07-2060 GEB EFB P

    vs.

T. FELKER, et al.,

      Defendants.          ORDER

                              /

      Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

      The United States Marshal has returned process directed to defendant B. Florez unserved because "he is no longer employed at HDSP and they are unable to identify him with the CDC locator database, as there are several." Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

1

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff one form USM-285 and a copy of the amended pleading filed May 5, 2008.

2. Within 60 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant B. Florez and two copies of the pleading provided to plaintiff.

3. Failure to provide new instructions for service of process upon defendant B. Florez within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to that defendant.

DATED: November 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZHAR LAL,

        Plaintiff,                  No. CIV S-07-2060 GEB EFB P

    vs.

T. FELKER, et al.,

        Defendants.         <u>NOTICE OF SUBMISSION</u>
                                             /      <u>OF DOCUMENTS</u>

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

           ____        completed USM-285 forms

           ____        copies of the   5/5/08
                                        Amended Complaint

DATED:

                                                  Plaintiff