IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZHAR LAL,

        Plaintiff,                                No. CIV S-07-2060 GEB EFB P

    vs.

T. FELKER, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests an extension of time to file and serve his objections to the November 13, 2009 findings and recommendations.[1]  *See* Fed. R. Civ. P. 6(b).

        Plaintiff's December 2, 2009, request is granted and plaintiff has 30 days from the date this order is served to file and serve his objections.  The court is not inclined to grant further requests for an extension of this deadline.

        So ordered.

Dated: January 27, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff requested a thirty-day extension on December 2, 2009.  That time has now expired, but plaintiff has not yet filed his objections.