IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZHAR LAL,

      Plaintiff,                    No. CIV S-07-2060 GEB EFB

      vs.

T. FELKER,

      Defendants.             <u>ORDER</u>

_____/

      On March 1, 2010, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 11, 2010, denying his December 28, 2009 motion for protection of legal property. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling denying plaintiff's motion was clearly erroneous or contrary to law.

////
////
////
////
////

1

1  The court has already affirmed the magistrate judge's February 11, 2010 order in the context of defendants' motion for reconsideration regarding discovery issues. For clarity's sake, IT IS HEREBY ORDERED that, upon reconsideration, the portion of the magistrate judge's February 11, 2010 denying plaintiff's motion for protection of legal property, is affirmed.

Dated: March 30, 2010

GARLAND E. BURRELL, JR.
United States District Judge