IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZHAR LAL,

    Plaintiff,                      No. CIV S-07-2060 GEB EFB P

    vs.

T. FELKER, et al.,

    Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On July 26, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.[1]

////

---

[1] Although plaintiff did not file objections to the magistrate judge's findings and recommendations, he did file a supplemental motion on July 29, 2010. For the reasons set forth in the magistrate judge's July 26 findings and recommendations, that motion is likewise denied.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 26, 2010 are adopted in full;

2. Plaintiff's July 15, 2010 motion for a permanent injunction is denied; and

3. Plaintiff's July 29, 2010 motion for a permanent injunction is denied.

Dated: September 24, 2010

GARLAND E. BURRELL, JR.
United States District Judge