1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   AZHAR LAL,

11              Plaintiff,                          No. CIV S-07-2060 KJM EFB P

12         vs.

13   T. FELKER, et al.,

14              Defendants.                         ORDER

15   _____/

16         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.

18         On June 17, 2011, the court ordered the United States Marshal to serve process upon

19   defendant Flores.  The Marshal was directed to attempt to secure a waiver of service before

20   personally serving the defendant.  However, if a waiver of service was not returned within 60

21   days, the Marshal was directed to (1) personally serve defendant without prepayment of costs

22   under Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and (2) file the

23   return of service with evidence of attempts to secure a waiver and costs subsequently incurred in

24   effecting personal service.

25         On November 9, 2011, the United States Marshal filed a return of service with a USM-

26   285 form showing total charges of $65.70 for personally serving defendant Flores.  The form

                                              1

1  shows the Marshal mailed defendant Flores a waiver of service form on June 22, 2011, but he

2  did not respond.

3          Rule 4 of the Federal Rules of Civil Procedure provides, in pertinent part:

4          If a defendant located within the United States fails, without good cause, to sign
           and return a waiver requested by a plaintiff located within the United States, the
5          court must impose on the defendant...the expense later incurred in making
           service; and...the reasonable expenses...of any motion required to collect those
6          service expenses.

7  Fed. R. Civ. P. 4(d)(2).

8          The court finds defendant Flores was given the opportunity required by Rule 4(d)(2) to

9  waive service but failed to do so.

10         Accordingly, the court hereby orders that:

11         1.  Within 14 days from the date of service of this order, defendant Flores shall pay to the

12  United States Marshal the sum of $65.70, unless within that time defendant files a written

13  statement showing good cause for his failure to waive service.  The court does not intend to

14  extend this 14-day period.

15         2.  The Clerk shall serve a copy of this order on the U.S. Marshal.

16  Dated:  November 15, 2011.

17

18                                      EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

                                             2